2 A.3d 471

James D. SCHNELLER, Petitioner

v.

BOARD OF COMMISSIONERS OF RADNOR
TOWNSHIP, Respondent

Louella Holding Company, Intervenor.

Supreme Court of Pennsylvania.

Aug. 9, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of August, 2010, the Petition for Allowance of Appeal and "Petitioner's Application for Stay and Injunction" are denied. The requests for attorney's fees by Respondent Board of Commissioners of Radnor Township and Intervenor Louella Holding Company are denied.